UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Criminal No. 2:13-CR-26-1H
Civil No. 2:16-CV-83-H

NICKO RONDAY SMITH,                    )
                                       )
                  Petitioner,          )
                                       )
        v.                             )                    ORDER
                                       )
UNITED STATES OF AMERICA,              )
                                       )
                  Respondent.          )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing

§ 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as

appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct

Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 6 Tth day of December, 2016.

_____

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE